FILED by CG D.C.
ELECTRONIC

Mar 28, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**14-20197-CR-UNGARO/TORRES**

**Case No. ______________**
**21 U.S.C. § 963**
**21 U.S.C. § 853**
**18 U.S.C. § 982**

**UNITED STATES OF AMERICA**

**vs.**

**HECTOR MARIO URDINOLA-ALVAREZ,**
**a/k/a "Chicho",**
**CUSTIO ENRIQUE SIMANCAS-CASTRO,**
**a/k/a "Mario,"**
**a/k/a "Federico,"**
**EDUARDO MARTINEZ-MEYER**
**a/k/a "Mono,"**
**EDELMAN MARGFOY-MARGFOY**
**a/k/a "Flaco,"**

**Defendants.**
______________________________________/

**INDICTMENT**

The Grand Jury charges that:

Beginning at least as early as in and around April 2011, and continuing until in and around February 2012, in the country of Colombia and elsewhere, the defendants,

**HECTOR MARIO URDINOLA-ALVAREZ,**
**a/k/a "Chicho",**
**CUSTIO ENRIQUE SIMANCAS-CASTRO,**
**a/k/a "Mario,"**
**a/k/a "Federico,"**
**EDUARDO MARTINEZ-MEYER,**
**a/k/a "Mono,"**
**and**
**EDELMAN MARGFOY-MARGFOY**
**a/k/a "Flaco,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

other persons, both known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), that with respect to defendants HECTOR MARIO URDINOLA-ALVAREZ, a/k/a "Chicho", CUSTIO ENRIQUE SIMANCAS-CASTRO, a/k/a "Mario," a/k/a "Federico," EDUARDO MARTINEZ-MEYER, a/k/a "Mono," and EDELMAN MARGFOY-MARGFOY a/k/a "Flaco," the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## **CRIMINAL FORFEITURE**

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest.

2. Upon conviction of the violations alleged in this Indictment, the defendants shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation pursuant to Title 21, United States Code, Section 853.  The property subject to forfeiture includes, but is not limited to, the following:

      a. 50,000,000 Colombian pesos (approximately $24,866.00 in United States

Currency following exchange rate) seized on October 27, 2011.

3. If any of the forfeitable property described in the forfeiture section of this indictment, as a result of any act or omission of the defendants,

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(c), and Title 21, United States Code, Section 853.

A TRUE BILL,

*[signature]*

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*

_____
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **HECTOR MARIO URDINOLA-ALVAREZ,** a/k/a "Chicho", et al., | |
| **Defendants,** | |
| _____ | **Superseding Case Information:** |

**Court Division**: (Select One)

- x  Miami ___ Key West
- ___ FTL ___ WPB ___ FTP

New Defendant(s)        Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  Yes
   List language and/or dialect  Spanish

4. This case will take   10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | |
   |---|---|---|---|---|
   | I | 0 to 5 days | ___ | Petty | ___ |
   | II | 6 to 10 days | x | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | X |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  Yes ___   No  x

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  Yes ___   No  x

_____
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY
Court No. 51264

\*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** HECTOR MARIO URDINOLA-ALVAREZ, a/k/a "CHICHO"

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **CUSTIO ENRIQUE SIMANCAS-CASTRO a/k/a "Mario" "Frederico"**

**Case No**:

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: EDUARDO MARTINEZ-MEYER a/k/a "MONO"

**Case No**: _____

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: EDELMAN MARGFOY-MARGFOY a/k/a "FLACO"

**Case No**: _____

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.