UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20197-UNGARO/TORRES

UNITED STATES OF AMERICA,

v.

HECTOR MARIO URDINOLA-ALVAREZ,

*Defendant.*
_____/

## STIPULATED FACTUAL PROFFER

The investigation began through the use of a series of confidential informants who were advertising to the Colombian drug trafficking community that they had a maritime route available from the port of Cartagena. Beginning as early April 2011, negotiations began for the use of a specific vessel docked in Cartagena in the port of Astivik to be used to ship a large amount of cocaine that would eventually be imported into the United States. The vessel was docked in a secure port which could only be entered with prior clearance. The co-conspirators involved in this narcotics deal were: Andres Fernando Arroyave Ramirez ("Arroyave"), a/k/a "El Nino," "La Maquina," "La Maquinita;" Jose Higinio Jaramillo Martinez, a/k/a "Jota," "Don Jesus," "Boyaco;" Samih Moran Alarcon, a/k/a "Sami;" Jose David Ricardo Caldera ("Ricardo"), Ricardo Ortiz Ramirez, a/k/a "Chapa;" Cristian Felipe Caravajal Sanchez; Oscar Sergio Asaud Otero, a/k/a "Raton," as well as others.

Shortly thereafter, on or about October 13, 2011, a meeting was arranged at a Juan Valdez Cafe in Bocagrande, a subdivision in Cartagena. The meeting was attended by Jaramillo, Moran, Ortiz, Flaco, as well as by a number of bodyguards. Law enforcement was conducting

1

surveillance and was able to obtain a number of photographs of the participants to the meeting.

The purpose of the meeting was for Moran and Flaco to introduce Jaramillo and Ortiz. During the meeting, Jaramillo and Ortiz were told about the negotiations to use the ship to transport the cocaine and were given a description of the transportation route. There were discussions that the load would be between 400 and 500 kilograms of cocaine. Jaramillo and Ortiz also stated that the narcotics were already in Cartagena.

On October 21, 2011, surveillance was set up outside the port where the ship was docked and a police checkpoint was set up on the only road leading away from the port. At around 9 am, a black SUV registered to a senator from the region where Jaramillo lives, arrived at the location carrying five people, Ortiz, Carvajal, Asaud, Ricardo, as well as others. Carvajal and Asaud left the vessel and were observed outside the port. The other three individuals exited the black SUV and were stopped at the police checkpoint. At that point, Ortiz and Ricardo were identified.

Arroyave confirmed that he sent Carvajal and Asaud to inspect the vessel. Carvajal and Asaud expressed their satisfaction with the vessel and that it would be effective for the load they intended to send. When they left, Carvajal and Asaud were headed to meet with Jaramillo and Arroyave and show them the film of the vessel.

Around 2 pm, a meeting was held at Hotel Bahia. Jaramillo, Arroyave, Carvajal, and Ortiz, arrived at the Hotel Bahia. A confidential source (CS) at the meeting confirmed that when he was introduced to Arroyave, Arroyave informed them that he had control of the federales in the arrival zone in Mexico. CS told Arroyave that he had a company based in Miami through which he regularly received fees for the transportation of drugs. Jaramillo again confirmed that the drugs were already in Cartagena and very close to the boat and that they had between 400 and 500 kilograms. Arroyave and Jaramillo wanted to send someone on the boat with the load to

guarantee their shipment arrived in Mexico. Ortiz suggested sending Asaud on the boat. CS refused and persuaded them that they were serious businessmen and that having shown them the boat there was no need for a guarantor. Ortiz finally confirmed that the load would be sent without a guarantor.

All the details of the delivery came together on October 28, 2011. Arrangements were made to meet at a gas station in the early hours of the morning. There would be approximately 16 packages of cocaine containing 25 kilograms each for a total of about 250 kilograms. Ricardo went to the gas station to pick up the vehicles to be used in transporting the narcotics. Ricardo took only one of the vehicles but would bring it back later that morning with the narcotics.

Instead of bringing the drugs back to the same gas station, Ricardo named a different location. Surveillance was established at the new location. Ricardo left the vehicle at the new gas station with the keys on the tire. The drugs were seized by Colombian law enforcement. Recorded calls confirmed that the delivery of the drugs had been made. The load of cocaine was eventually seized by law enforcement through information obtained by the CS.

Following a number of days without communication between the confidential sources who provided information to law enforcement and the members of the drug trafficking conspiracy, they began to think the CSs had stolen the cocaine shipment. Interceptions of calls showed that the drug traffickers expressed concern that they could not locate any of the CSs. These calls became increasingly alarming as they tried to locate CSs.

Arturo Martinez-Gutierrez was contacted because he had been identified as an individual who had previously negotiated a business deal with one of the CSs. A meeting was with Martinez-Gutierrez in Barranquilla. Martinez-Gutierrez was advised that there was an organization seeking transportation to Puerto Rico. This was actually a ruse orchestrated by

3

Arroyave in order to locate the CSs. The Defendant **Hector Mario Urdinola-Alvarez** was present at this meeting as he invested in the lost load. At Jaramillo's request, **Hector Mario Urdinola-Alvarez** agreed to participate in the ruse by providing individuals to assist in the logistics and surveillance of the planned meetings with the CS.

Under this ruse, Martinez-Gutierrez subsequently made contact with CS and advised that he had an associate seeking transportation services. CS advised that he would only meet in Bogota. On approximately November 4, 2011, Martinez-Gutierrez and another associate of Jaramillo's subsequently travelled to Bogota where they met with the CSs. The CSs set up the exact same proposal for Martinez-Gutierrez as had been done with the previous seized load discussed above and arrangements were made to show the vessel Astivik to them as well. The amount of cocaine negotiated as part of this ruse was between 150 to 450 kilograms. **Hector Mario Urdinola-Alvarez** assisted in the ruse by assisting in arranging for the meetings and conducting surveillance.

WILFREDO FERRER
UNITED STATES ATTORNEY

Date: 4/13/16    By: _____
                     MONIQUE BOTERO
                     ASSISTANT UNITED STATES ATTORNEY

Date: 4/13/16    By: _____
                     RUBEN OLIVA
                     ATTORNEY FOR THE DEFENDANT

Date: 4/13/16    By: _____
                     HECTOR MARIO URDINOLA
                     DEFENDANT

4